[No. 24651-5-III. Division Three. May 2, 2006.]

BARBARA LEON, *Appellant,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-08467-5, Salvatore F. Cozza, J., entered March 28, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Thompson, J. Pro Tem.

[No. 23228-0-III. Division Three. May 4, 2006.]

STEVEN CORK ET AL., *Appellants,* v. THE WASHINGTON STATE LIQUOR CONTROL BOARD ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-00418-1, Kathleen M. O'Connor, J., entered July 27, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kato, J.

[No. 23743-5-III. Division Three. May 4, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID LLOYD MECKELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03728-2, Salvatore F. Cozza, J., entered January 7, 2005. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney, C.J., and Schultheis, J.